# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**LAVORIS MCGHEE, an individual**　　　　　　　　　　　**PLAINTIFF**

v.　　　　　　　　　　No. 4:24-cv-331-DPM

**RIVER CITY PROPERTIES, INC.,**
**a domestic corporation**　　　　　　　　　　　　　　**DEFENDANT**

## ORDER

1. The Court must screen McGhee's complaint. 28 U.S.C. § 1915(e)(2). McGhee says that he is disabled and uses a wheelchair. He alleges that he went an Exxon gas station that is owned by River City Properties. He says that he tried to enter the gas station but couldn't because the facilities were not compliant with Title III of the Americans with Disabilities Act. He points to alleged accessibility issues with the parking lot, the bagged ice cooler, and the sales counter. Taking McGhee's allegations as true, he has stated a plausible ADA claim. *Hillesheim v. Myron's Cards and Gifts, Inc.*, 897 F.3d 953, 955-57 (8th Cir. 2018).

2. McGhee's lawyer must prepare summonses, which the Clerk will issue, for River City Properties. Counsel must deliver process to the U.S. Marshal for the Eastern District of Arkansas. The Court directs the Marshal to serve the summonses and complaint without prepayment of fees. In the circumstances, the Court reopens

and extends the time for service until 18 October 2024. Fed. R. Civ. P. 4(m).

So Ordered.

*DPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

17 July 2024