# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**LAVORIS MCGHEE, an individual**                              **PLAINTIFF**

v.                           No. 4:24-cv-331-DPM

**RIVER CITY PROPERTIES, INC., a**
**domestic corporation**                                       **DEFENDANT**

## JUDGMENT

McGhee's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

17 October 2024